## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| JESSICA PAINTER, | ) |
| Plaintiff, | ) Case No. 21-cv-02796 |
| v. | ) **JURY DEMANDED** |
| COREPOWER YOGA, LLC, | ) |
| Defendant. | ) |

### STIPULATION OF DISMISSAL

Jessica Painter, through her attorneys, Hart McLaughlin & Eldridge, LLC, hereby provides this stipulation for voluntary dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with the parties to bear their own fees and costs. Plaintiff has never previously dismissed any action based on or including the same claim.

/s/     Bronwyn Pepple                              /s/ Carter Grant

Bronwyn H. Pepple
Elizabeth A. Austin
Williams Weese Pepple & Ferguson PC
1801 California St., Ste. 3400
Denver, CO 80202
(303)861-2828
bpepple@williamsweese.com
eaustin@williamsweese.com

John Marrese
Carter Grant
HART MCLAUGHLIN & ELDRIDGE, LLC
22 West Washington, #1600
Chicago, IL 60602
(312) 955-0545
cgrant@hmelegal.com